# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| A.Y. AND BILLIE ANN YOUNT | : | No. 95 EAL 2020 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| JANSSEN PHARMACEUTICALS INC., | : | |
| JOHNSON & JOHNSON, JANSSEN | : | |
| RESEARCH & DEVELOPMENT, LLC; | : | |
| EXCERPTA MEDICA, INC., AND | : | |
| ELSEVIER INC. | : | |
| | : | |
| | : | |
| PETITION OF: JANSSEN | : | |
| PHARMACEUTICALS INC., JOHNSON & | : | |
| JOHNSON, JANSSEN RESEARCH & | : | |
| DEVELOPMENT, LLC | : | |

## <u>ORDER</u>

**PER CURIAM**

 **AND NOW**, this 1st day of September, 2020, the Petition for Allowance of Appeal is **DENIED**.